UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **LARRY MULDROW** | **PLAINTIFF** |
| vs.   Case No. 4:04CV00778-WRW | |
| **DEPARTMENT OF DEFENSE, et al** | **DEFENDANTS** |

Consolidated with

| | |
|---|---|
| **LARRY MULDROW** | **PLAINTIFF** |
| v.   Case No. 4:07CV00033-GTE | |
| **USA** | **DEFENDANTS** |

## ORDER CONSOLIDATING CASES

Pending is Plaintiff's Motion to Consolidate (Doc. No. 167). Plaintiff is seeking to consolidate this case with a related case he filed on January 16, 2007.[1] After reviewing both cases, it appears to me that they arise out of the same series of events, and that consolidating the cases would conserve judicial and party resources.

Accordingly, Plaintiff's Motion to Consolidate (Doc. No. 167) is GRANTED,[2] and Case No. 4:07-CV-00033-GTE is consolidated with the present action and reassigned to the undersigned judge.[3]

---

[1] *Muldrow v. USA*, 4:07-CV-00033-GTE (January 16, 2007).

[2] The customary practice in this district is for the Judge with the lowest, or lead, case number to be assigned all consolidated cases.

[3] The Clerk of the Court is directed to GRANT Doc. No. 17 in Case No. 4:07-CV-00033 GTE.

1

Also pending are numerous other motions which I will address:

1. Plaintiff's Motions for Reconsideration (Doc. Nos. 126, 139, 166) of the September 8, 2006 Order[4] are DENIED. Plaintiff may not file any more motions to reconsider this issue.

2. Plaintiff's Motion for Subpoena of Documents (Doc. Nos. 128, 152) is DENIED and Defendant's Motion to Quash (Doc. No. 130) is GRANTED. First, it appears that Plaintiff is requesting that Defendant provide him with documents that he, in fact, provided to Defendant. Second, Defendant asserts that it has produced all files in its possession, and that there is nothing else to submit to Plaintiff.

3. Since Plaintiff "moves the court along with the Defendant to quash the Subpoena,"[5] Plaintiff's Motion to Compel (Doc. No. 140) is DENIED and Defendant's Motion to Quash (Doc. No. 144) is GRANTED.

4. Plaintiff's Motion for Sanctions (Doc. No. 142) is DENIED.

5. Plaintiff's Motion to Stay Proceedings on Defendant's Summary Judgment Motion (Doc. No. 153) is DENIED as MOOT.

6. Plaintiff's Motion in Limine (Doc. No. 154) is DENIED without prejudice to refiling when the case is closer to the trial date.

7. Defendant's Motion to Quash Subpoena (Doc. No. 161) is GRANTED.

8. Plaintiff's Motion for a New Scheduling Order (Doc. No. 160) is GRANTED, and a new scheduling order will be issued forthwith. Accordingly, Plaintiff's Motions for Extension of Time to Complete Discovery (Doc. No. 162, 164, 165, 172) are DENIED as MOOT.

---

[4] Doc. No. 121.

[5] Doc. No. 157.

8. Defendant's Motion to Compel Plaintiff to File Sixth Amended Complaint[6] and to be Relieved from Responding to Plaintiff's Motions Unless Directed by the Court (Doc. No. 173) is GRANTED. On September 8, 2006, Plaintiff was granted permission to file "one, final amended complaint."[7] With consideration of the limitations listed in the September 8, 2006 Order, Plaintiff is directed to file his Sixth Amended Complaint by 5 p.m., Friday, June 1, 2007. No more motion motions to amend will be granted.

Once Plaintiff has filed the Sixth Amended Complaint, Defendant may amend its Motion for Summary Judgment, and Plaintiff will have fourteen days to respond to the motion.

IT IS SO ORDERED this 15th day of May, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[6] I note that I could not find a Fifth Amended Complaint in the record.

[7] Doc. No. 121.