# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY MULDROW**                                                                 **PLAINTIFF**

**V.**                          **4:04CV00778-WRW**
                                **4:07CV00033-WRW**

**DEPARTMENT OF DEFENSE, et al**                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Defendants' Motion to Dismiss and Summary Judgment be GRANTED and this case is dismissed in its entirety.

IT IS SO ORDERED this 13th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE