UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LARRY MULDROW**                                                                                           **PLAINTIFF**

vs.                         **4:04CV00778-WRW**
                            **4:07CV00033-WRW**

**DEPARTMENT OF DEFENSE, et al**                                                        **DEFENDANTS**

**ORDER**

Plaintiff's Cross Motion for Summary Judgment (Doc. No. 235) is DENIED, since this case was dismissed on February 13, 2008.

Plaintiff's unopposed Motion for Extension of Time to File Motion for Reconsideration of the February 13, 2008 Order (Doc. No. 236) is GRANTED.  If Plaintiff intends to file a Motion for Reconsideration, he must do so by 5 p.m., Friday, March 7, 2008.

IT IS SO ORDERED this 25th day of February, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

1