## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LARRY MUDROW**  **PLAINTIFF**

**vs.**  **4:04CV00778-WRW**
 **4:07CV00033-WRW**

**DEPARTMENT OF DEFENSE, et al**  **DEFENDANTS**

### ORDER

Plaintiff's Motion for Recusal (Doc. No. 239) is without merit, and, therefore, DENIED.

IT IS SO ORDERED this 25th day of February, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1