**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LARRY MULDROW**                                                                               **PLAINTIFF**

vs.                                    **4:04CV00778-WRW**
                                       **4:07CV00033-WRW**

**DEPARTMENT OF DEFENSE, et al**                                                       **DEFENDANTS**

**ORDER**

Pending are Plaintiff's Motion to Set Aside Judgment (Doc. No. 237) and Amended Motion for Recusal (Doc. No. 242).

A February 25, 2008 Order allowed Plaintiff until March 7, 2008 to file a motion for reconsideration of the February 13, 2008 Order, which dismissed this case.  However, Plaintiff has filed a Motion to Set Aside Judgment, which is essentially the same as a motion for reconsideration.

Since Plaintiff has filed a Motion to Set Aside Judgment, a motion for reconsideration is not necessary.  Accordingly, the February 25, 2008 Order (Doc. No. 238) is VACATED to the extent that it granted Plaintiff's Motion for Extension of Time.  The Motion for Extension of Time (Doc. No. 236) is DENIED.

After reviewing Plaintiff's Motion to Set Aside Judgment (Doc. No. 237), I find that it is without merit, and, therefore, DENIED.

The Amended Motion for Recusal (Doc. No. 242) is DENIED.

The Clerk of the Court is directed to no longer accept filings in this case.  Plaintiff is directed to submit all future filings to the Eighth Circuit Court of Appeals, if he decides to appeal.

IT IS SO ORDERED this 26th day of February, 2008.


                                                                /s/Wm. R. Wilson, Jr.
                                                           UNITED STATES DISTRICT JUDGE